FILED

04/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0097

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0097

FILED

APR 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

NICHOLAS RODDY RAMLOW,

Plaintiff and Appellant,

v.                                                    O R D E R

STEPHANIE ROSE HANSEN,

Defendant and Appellee.

Appellant Nicholas Roddy Ramlow has filed a motion for extension of time to response to Appellee's motion to dismiss.

IT IS HEREBY ORDERED that the Appellant has until May 15, 2023, to respond to the motion to dismiss.

No further extensions will be granted.

DATED this 14 day of April, 2023.

For the Court,

_____
Chief Justice